UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :      22 Cr. 111 (LGS)
                   -against-                                :
                                                            :      SCHEDULING ORDER
QUYIMAIN TOWNSEND,                                          :
                                              Defendant,    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Quyimain Townsend's sentencing hearing shall be held on **October 4, 2022**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **September 12, 2022**.  The Government's pre-sentencing submission, if any, shall be filed by **September 15, 2022.**

Dated: June 9, 2022
       New York, New York

                                              _____
                                              **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**