**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 23, 2022

By ECF

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application Granted. The sentencing currently scheduled for October 4, 2022, is adjourned to **November 7, 2022, at 11:00 a.m**. Defendant's submission shall be filed by **October 17, 2022**. The Government's submission shall be filed by **October 20, 2022**. The Clerk of the Court is directed to terminate the letter motion at docket number 16.
>
> Dated: August 24, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   United States v. Quyimain Townsend, 22 Cr. 111 (LGS)

Dear Judge Schofield:

  I write on behalf of defendant Quyimain Townsend to respectfully request a 5-week adjournment of the sentencing hearing in this matter, currently scheduled for Tuesday October 4, 2022. The Defense is in the process of completing a forensic evaluation of Mr. Townsend in preparation for sentencing. However, we are still awaiting returns on several important records requests related to Mr. Townsend's education and health, which are needed to complete his evaluation. We are diligently following up on these requests, but in light of the delay, I respectfully request a 5-week adjournment of the sentencing hearing, and that the Court reset the deadline for written defense submissions, currently set at September 12, 2022. Counsel for the Government informs me the Government does not object to this request.

        Respectfully submitted,

        */s/ Hannah McCrea*
        Hannah McCrea
        Assistant Federal Defender
        Hannah_McCrea@fd.org
        646.574.0351

cc:   AUSA Brandon Harper