UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA,              :
                                                             :
                                                             :        22 Cr. 111 (LGS)
                    -against-                        :
                                                             :           <u>ORDER</u>
QUYIMAIN TOWNSEND,                   :
                                         Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS a sentencing hearing was scheduled for November 7, 2022, at 11:00 a.m.  It is hereby

       **ORDERED** that sentencing hearing is adjourned to **December 13, 2022, at 4:30 p.m.**

Dated: November 7, 2022
       New York, New York

                                                                                   **LORNA G. SCHOFIELD**
                                                                **UNITED STATES DISTRICT JUDGE**