UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  :
UNITED STATES OF AMERICA, :
  :    22 Cr. 111 (LGS)
               -v- :
  :    **<u>ORDER</u>**
QUYIMAIN TOWNSEND, :
                                    Defendant, :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, with QUYIMAIN TOWNSEND's consent, his guilty plea allocution was taken before Magistrate Sarah L. Cave on June 7, 2022;

    WHEREAS, a transcript of the allocution was made; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
       December 12, 2022

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE