UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :   22 Cr. 111 (LGS)
           -against-                                        :
                                                            :   ORDER
QUYIMAIN TOWNSEND,                                          :
                                        Defendant,          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing currently scheduled for December 13, 2022, at 4:30 p.m., is rescheduled to **December 13, 2022, at 3:30 p.m.**

Dated:  December 13, 2022
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**